UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: : CASE NO. 08-12091

RICHARD BHOOLAI : CHAPTER 13

  DEBTOR : JUDGE PERLMAN

: LIQUIDATION ANALYSIS

| | |
|---|---|
| Property **Market** Value (Ambercreek) | $ 600,000 |
| First Mortgage (minus) | $ 455,605 |
| Second Mortgage (minus) | $ 0 |
| Less Priority Taxes | $ 27,729 |
|    Net Equity | $ 116,666 |
| 7% Realty Fee | $ 42,000 |
| Closing Costs, Deed, Title Exam | $ 2,000 |
| Exemption | $ 5,000 |
| | $ 49,000 |
|    Balance/Equity | $ 67,666 |
| Less Trustee's Fees | |
| (25% of the first $5,000.00=$1,250 | |
|   10% of the next $67,666=$6,767) | $ 7,017 |
|    Net Equity | $ 60,649 |
| Property **Market** Value (Reading Road) | $ 500,000 |
| First Mortgage (minus) | $ 192,000 |
| Second Mortgage (minus) | $ 0 |
|    Net Equity | $ 308,000 |
| 7% Realty Fee | $ 35,000 |
| Closing Costs, Deed, Title Exam | $ 2,000 |
| Exemption | $ 0 |
| | $ 37,000 |
|    Balance/Equity | $ 371,000 |
| Less Trustee's Fees | |
| (25% of the first $5,000.00=$1,250 | |
|   10% of the next $266,000=$26,000) | $ 27,250 |
|    Net Equity | $ 343,750 |
| Property **Market** Value (Linn Street) | $ 450,000 |
| First Mortgage (minus) | $ 166,292 |
| Second Mortgage (minus) | $ 0 |
|    Net Equity | $ 283,708 |

| | |
|---|---|
| 7% Realty Fee | $ 31,500 |
| Closing Costs, Deed, Title Exam | $ 2,000 |
| Exemption | $ 0 |
| | $ 33,500 |
| Balance/Equity | $ 250,208 |
| Less Trustee's Fees | |
| (25% of the first $5,000.00=$1,250 | |
| 10% of the next $245,208=$24,521) | $ 25,771 |
| Net Equity | $ 224,437 |
| | |
| Property **Market** Value (Woolper Road) | $ 300,000 |
| First Mortgage (minus) | $ 0 |
| Second Mortgage (minus) | $ 0 |
| Net Equity | $ 300,000 |
| 7% Realty Fee | $ 21,000 |
| Closing Costs, Deed, Title Exam | $ 2,000 |
| Exemption | $ 0 |
| | $ 23,000 |
| Balance/Equity | $ 277,000 |
| Less Trustee's Fees | |
| (25% of the first $5,000.00=$1,250 | |
| 10% of the next $277,000=$27,700) | $ 28,950 |
| Net Equity | $ 248,050 |
| | |
| Property Value (1998 Lincoln) | $ 1,925 |
| Less Lien | $ 0 |
| Net Equity | $ 1,925 |
| | |
| Cost of Sale (10%) | $ 193 |
| Exemptions (a)(2), (a)(18) | $ 1,400 |
| | $ 1,593 |
| Net Equity | $ 332 |
| Less Trustee Fee | |
| (25% of the first $5,000.00=$83.00) | $ 83 |
| Balance / Equity | $ 249 |
| | |
| Property Value (2003 GMC) | $ 3,405 |
| Less Lien | $ 0 |
| Net Equity | $ 3,405 |
| Cost of Sale (10%) | $ 341 |
| Net Equity | $ 3,064 |
| Less Trustee Fee | |
| (25% of the first $5,000.00=$766.00) | $ 766 |
| Balance / Equity | $ 2,298 |
| | |
| Property Value (1998 Ford) | $ 715 |

|  |  |  |
|---|---|---|
| Less Lien | $ 0 |  |
| Net Equity | | $ 715 |
| Cost of Sale (10%) | $ 72 | |
| Net Equity | | $ 643 |
| Less Trustee Fee | | |
| (25% of the first $5,000.00=$161.00) | $ 161 | |
| Balance / Equity | | $ 482 |

Total Equity                                                                                  $ 879,915

(Equity) $879,915 divided by (unsecured debt) $54,853 equals (Liquidation plan percentage) 100%.

Respectfully Submitted,


/s/  Paul J. Minnillo (0065744)
Attorney for Debtor
MINNILLO & JENKINS CO., LPA
22 West 9th Street
Cincinnati, Ohio  45202
513-723-1600/513-723-1620(fax)
pjminnillo@minnillojenkins.com